UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL J. AUDETT,

          Plaintiff,

  v.

JOSEPH LEHMAN,

          Defendant.

Case No.  C04-5546FDB

ORDER REGARDING MOTIONS

      This matter comes before the court on plaintiff's filing of a second motion for extension of time to respond (Dkt. #23) to defendant's motion for judgment on the pleadings (Dkt. #11), and the parties stipulated motion to stay the pretrial deadlines in this case (Dkt. #28).

      Plaintiff response to defendant's motion for judgment on the pleadings was due on March 14, 2005. (Dkt. #20).  Plaintiff's counsel states that he was in the process of packing his office and made a mistake in calendaring defendant's motion.  Plaintiff filed his motion and response on March 21, 2005. (Dkt. #22). Because plaintiff filed his response only one week late, and because defendant has had the opportunity and has replied to, the issues raised in the response (Dkt. #27), plaintiff's second motion for extension of time to respond (Dkt. #23) is hereby GRANTED.

      The parties also have filed a stipulated motion to stay the pretrial deadlines in this case, pending the

ORDER
Page - 1

court's ruling on defendant's motion for judgment on the pleadings. A report and recommendation regarding that motion has been issued. <u>See</u> Report and Recommendation, dated the same date herewith. Accordingly, the parties stipulated motion (Dkt. #28) is hereby GRANTED, and all pretrial deadlines in this case are STAYED pending the court's final ruling on the report and recommendation.

The clerk is directed to send a copy of this Order to plaintiff's counsel and defendant's counsel.

DATED this 3rd day of June, 2005.

                                                 Karen L. Strombom
                                                 United States Magistrate Judge