

05-CV-05546-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL J. AUDETT,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH LEHMAN,<br><br>  Defendant. | CASE NO.   C04-5546RBL<br><br>ORDER |

The Court, having reviewed defendant's motion for judgment on the pleadings (Dkt. #11), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  Defendant's motion is GRANTED;

(3)  This action is **DISMISSED WITH PREJUDICE** as time barred; and

(4)  The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 18th day of July, 2005.

Ronald B. Leighton
United States District Judge

ORDER
Page - 1